IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON, | 1:09-cv-02220-OWW-SKO (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE A RESPONSE |
| vs. | TO THE COURT'S SCREENING ORDER |
| MATTHEW L. CATE, et al., | (Motion#18) |
| Defendants. | 30-DAY DEADLINE |
| _____/ | |

On March 30, 2011, Plaintiff filed a motion to extend time to file a response to the Court's screening order filed on February 28, 2011.

Plaintiff is HEREBY GRANTED **thirty (30) days** from the date of service of this order in which to file a response.


IT IS SO ORDERED.

**Dated:   April 4, 2011**              /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE