# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW L. CATE, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-02220-OWW-SKO PC<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT IN EXCESS OF TWENTY-FIVE PAGES, NUNC PRO TUNC TO APRIL 14, 2011<br><br>(Doc. 21) |

    Plaintiff Barry Louis Lamon, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 22, 2009. On April 14, 2011, Plaintiff filed an amended complaint in compliance with the screening order filed on February 28, 2011. Pursuant to that order, Plaintiff's amended complaint was not to exceed twenty-five pages. On April 21, 2011, Plaintiff filed a motion seeking leave to exceed the page limit by one page, along with an explanation regarding why the motion was filed after the amended complaint.

    Good cause having been shown, Plaintiff's motion is HEREBY GRANTED, nunc pro tunc to April 14, 2011, and Plaintiff's amended complaint will be screened in due course. 28 U.S.C. § 1915A.

IT IS SO ORDERED.

**Dated:   June 13, 2011**              /s/ Sheila K. Oberto
                                                           UNITED STATES MAGISTRATE JUDGE